# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3063
_____

MONTEZ DIBRE WILLIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jason L. Jones, Judge.

October 9, 2024

PER CURIAM.

AFFIRMED. *See Villanueva v. State*, 200 So. 3d 47, 53 (Fla. 2016) (holding that sex offender probation can be imposed as special condition of probation so long as a factor in *Biller v. State*, 618 So. 2d 734, 734–35 (Fla. 1993), is satisfied).

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Amanda A. Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.